## PARKER v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 44, September Term, 1964.]

*Decided November 16, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Prendergast in the court below. In addition to the authorities there cited see *Bullock v. Director,* 231 Md. 629, 631; *Daugherty v. Director,* 235 Md. 662; and Code (1964 Supp.), Art. 31B, sec. 6(e).

*Application denied.*